Commonwealth *v.* Moran, Appellant.

Argued September 15, 1971. *Samuel Salus, II,* Public Defender, for appellant; *Stewart J.*

*Greenleaf,* Assistant District Attorney, with him *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.